IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 18 CR 339-1 |
| JAMES D. WILLIAMS, | ) | Honorable John R. Blakey |
| | ) | |
| Defendant. | ) | |

## <u>**NOTICE OF APPEAL**</u>

Notice is hereby given that JAMES D. WILLIAMS, defendant in the above-named case, hereby appeals the judgment and sentence in the above captioned case to the United States Court of Appeals for the Seventh Circuit. The defendant was sentenced on November 14, 2023. Defendant's Judgement of conviction and sentence was entered on November 14, 2023.

Respectfully submitted,

/s/Hallie M. Bezner
Hallie M. Bezner
ARDC #6305483
Bezner Law Office
121 N. Marion St., Suite 200
Oak Park, IL 60301
(312) 967-6000
hallie@beznerlaw.com

# CERTIFICATE OF SERVICE

I, Hallie M. Bezner, attorney, certify that I caused a copy of the above **Notice of Appeal** to be served on November 28, 2023, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/Hallie M. Bezner
Hallie M. Bezner

Hallie M. Bezner
ARDC #6305483
Bezner Law Office
121 N. Marion St., Suite 200
Oak Park, IL 60301
(312) 967-6000
hallie@beznerlaw.com
Attorney for James Williams