MR FILED
11/12/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case #: 18-CR-339-1

Case #: 1:25-CV-0846 / 11-05-25
                                Date

Honorable John Robert Blakey,

Greetings Sir, my name is James D. Williams case number 18-Cr-339-1 and 1:25-CV-0846. I received correspondance from you ordering me to submit my supplement motion to the §2255 Motion I submitted. That same day I wrote you back enclosing a memo from this institution stating that from 10-10-25 until further notice we would be locked down because of a murder here, and i requested a 60 day extension of time because this lock down is severe and the administration has denied me Any access to the Computers or typewriters, so i will not be able to get my supplement done or sent in by 11-07-25.

The Clerks office returned my letter back to me without forwarding to you for review, stating that there was no case number or case title.

However, the Case number is written on the last page of my letter by my signature as well as on the front page of the letter the Clerk sent to me informing me of my deadline of 11-07-25.

There has been an update on this lock down as well, we are allowed out of our cell for 60 minutes on Monday, Wednesday and Friday, so I'm trying to get things done quickly.

However, my Counselor MR. Maiolatesi is on vacation until the week of 11-10-25 and he would be the one to approve law library time and making copies.

Your Honor, I am still requesting a 60 day time extension until January. 7, 2026. I would ask that you note that as soon as I got notice from you about the 11-07-25 deadline, I promptly sent my request to you, to give every ample time to receive and consider my request.

I can only do so much your Honor and I'm doing all that I am allowed to at the moment. please don't penalize me for the negligence of others.

Respectfully, James Williams

James Williams 52171-424
U S P Canaan
P. O. Box 300
Waymart, PA, 18472

Case number: 18-CR-339

Case number: 1:25-CV-08476

**OFFICE OF**
**CLERK OF THE U.S. DISTRICT COURT**
**UNITED STATES COURTHOUSE**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

James D. Williams
52171-424
USP Canaan
PO Box 300
Waymart, PA 18472

221

Received
#0 11-5-25
A10 7:52 PM

quadient
FIRST-CLASS MAIL
IMI
$001.03
10/28/2025 ZIP 60604
043M31253314
US POSTAGE

184728O8OO BO99



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

[1]Prisoner Correspondence

Date: **10/28/2025**

In response to your enclosed request, please see the box or boxes checked below:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service showing that you mailed copies to all parties are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with Fed. R. Civ. P. 5. Any requests for court action must be made by motion (such as "motion for an extension of time"). **No judge's name should appear on the outside of the envelope; letters should be addressed to the Clerk of Court (in care of the Prisoner Correspondent, if you are incarcerated).**

■ The enclosed material contains no case number or case title. Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. See Fed. R. Civ. P. 10(a).

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filing fees.

☐ Status request: Attached is the latest docket entry in your case.

■ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.

| Contact: | Attorney Registration and Disciplinary Commission of the Illinois Supreme Court (ARDC) One Prudential Plaza 130 E. Randolph Drive, Suite 1500 Chicago IL 606901 |
| --- | --- |

---

[1] The Prisoner Correspondence Office is the department of the Clerk's Office which processes all mail from inmates.

Rev. 06/29/2016

☐ Local Rule 5.1 (N.D. Ill.) requires that "all materials shall be filed in the divisional office of the division to which the case is assigned." Your case is assigned to the Western Division. Send all requests and documents related to this case to the Western Division at:

    U.S. District Court for the Northern District of Illinois
    327 South Church Street
    Rockford, IL 61101

☐ The Local Rules for U.S. District Court, Northern District of Illinois, are available online at www.ilnd.uscourts.gov. However, if you want a copy mailed to you, the fee is $10.50 payable to Clerk, U.S. District Court. Send the fee and your request to:

    Clerk, U.S. District Court
    Attn: Cashier
    219 S. Dearborn - 20th floor
    Chicago, IL 60604

☐ The Federal Rules of Civil, Criminal, Bankruptcy, Evidence or Appellate Procedures are available online at www.ilnd.uscourts.gov. However, if you want a hard copy, contact:

    Superintendent of Documents
    U.S. Government Printing Office
    732 North Capitol Street, N.W.
    Washington, D.C. 20402

☐ Pursuant to Local Rule 5.6 (N.D. Ill.), no pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court. Without such an order, the clerk shall not accept any document sent in by a person who is not a party.

☐ We cannot comply with your request to backdate-stamp your documents. If you want received-stamped copies returned to you, they must be received at the time of filing. Accordingly, your documents are being returned to you.

☐ You filed your case under an alias, and not the name under which you are incarcerated. Your mail at the institution must be addressed to you under your institutional name. Therefore, unless you inform the court in writing of your correct name, and ask the court to remove your alias name, you will not receive any further notices from the court.

☐ Other: _____

_____

_____

_____

_____

_____

_____

_____

10-16-2025

Honorable John Robert Blakey,

Greetings Sir.

I received notice from the clerks office on 10-16-25 informing me that the United States motion to require supplement and for extension of time was granted, and also that I am ordered to file a supplement to my § 2255 motion on or before 11-7-25.

Sir we have been on lock down since Friday, October 10, because some inmate was murdered. The memo that was issued to the inmate population stated that we would be on lock down status until further notice. However, my counselor and the Lieutenant on duty said this lock down will last up to 30 days.

Because of this lock down I have no access to the law library computer, no access to the phones, no access to the law library. and I don't have a copy of the governments reply or motion for time extension so I don't know in which direction I am to go in filing a supplement to my § 2255

motion.

I am asking for a 60 day time extension from the date of 11-7-2025 to ensure that due to the lengthy and frequent lock downs in this institution, I'd still be able to get my motion — supplement to my §2255 motion typed up and delivered to the clerks office on or before 1-7-2026.

Respectfully,

James Williams
#52171-424
USP Canaan
P.O. Box 300
Waymart, PA,
18472

Case no.: 1:25-CV-08476

Case Number



**U.S. Department of Justice**
**Memorandum**
Federal Bureau of Prisons

*United States Penitentiary Canaan*

*P.O. Box 400*
*Waymart, PA 18472*

October 10, 2025

## Notice to the Inmate Population

Effective Friday, October 10, 2025, USP Canaan was placed on lockdown, following an inmate death. Due to the nature of this incident, a thorough investigation will be conducted to ensure the safety and security of all staff and inmates within USP Canaan. Furthermore, it is the expectation of the Captain that inmates will live in a safe and secure environment. Violence in this setting leads to negative consequences such as injuries, death, prolonged lockdowns, disruption of operations and programs, and increased tension. Therefore, it is imperative that all inmates adhere to established rules, expectations and respect one another. As a result of this incident, the inmate population will remain secure until further notice. Visitation will be suspended until further notice. Return to normal operations is strictly based on the investigation's results, in conjunction with inmate behavior and will be assessed daily.

## Aviso a la población reclusa

A partir del viernes 10 de octubre de 2025, la USP Canaan fue declarada en confinamiento tras la muerte de un recluso. Debido a la naturaleza de este incidente, se llevará a cabo una investigación exhaustiva para garantizar la seguridad de todo el personal y los reclusos de la USP Canaan. Además, el Capitán espera que los reclusos vivan en un entorno seguro y protegido. La violencia en este entorno conlleva consecuencias negativas como lesiones, muertes, confinamientos prolongados, interrupción de las operaciones y programas, y aumento de la tensión. Por lo tanto, es imperativo que todos los reclusos cumplan las normas y expectativas establecidas, y se respeten mutuamente. Como resultado de este incidente, la población reclusa permanecerá segura hasta nuevo aviso. Las visitas se suspenderán hasta nuevo aviso. El retorno a la normalidad se basa estrictamente en los resultados de la investigación, junto con el comportamiento de los reclusos, y se evaluará diariamente.

**THE DISCLAIMER**
This is a translation of an English-language document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language document.

**DESCARGO DE RESPONSABILIDAD**
Esta es una traducción de un documento en inglés, proporcionada como cortesía para quienes no dominan el inglés. En caso de discrepancias o malentendidos, el documento oficial será el correspondiente en inglés.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States of America

                          Plaintiff,

v.                                    Case No.: 1:25−cv−08476
                                    Honorable John Robert Blakey

James D. Williams

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The motion by the United States to require supplement and for extension of time [6] is granted. The Defendant James D. Williams is ordered to file his supplement to his motion to vacate, set aside, or correct sentence [1] on or before 11/7/2025. The Government is ordered to respond to the motion or on before 12/8/2025. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

10-16-2025

Honorable John Robert Blakey,

Greetings Sir.

I received notice from the clerks office on 10-16-25 informing me that the United States motion to require-supplement-and-for-extension of time was granted, and also that I am ordered to file a supplement to my §2255 motion on or before 11-7-25.

Sir we have been on lock down since Friday, October 10, because some inmate was murdered. The memo that was issued to the inmate population stated that we would be on lock down status until further notice. However, my counselor and the Lieutenant on duty said this lock down will last up to 30 days.

Because of this lock down I have no access to the law library computer, no access to the phones, no access to the law library and I don't have a copy of the governments reply or motion for time extension so I don't know in which direction I am to go in filing a supplement to my §2255

motion.

I am asking for a 60 day time extension from the date of 11-7-2025 to ensure that due to the lengthy and frequent lock downs in this institution, I'd still be able to get my motion — supplement to my §2255 motion typed up and delivered to the clerks office on or before 1-7-2026.

Respectfully,

James Williams
#52171-424
U.S.P. Canaan
P.O. Box 300
Waymart, PA,
18472

Case no.: 1:25-CV-0847

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States of America

                    Plaintiff,

v.

                                       Case No.: 1:25–cv–08476
                                       Honorable John Robert Blakey

James D. Williams

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

       MINUTE entry before the Honorable John Robert Blakey: The motion by the United States to require supplement and for extension of time [6] is granted. The Defendant James D. Williams is ordered to file his supplement to his motion to vacate, set aside, or correct sentence [1] on or before 11/7/2025. The Government is ordered to respond to the motion or on before 12/8/2025. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

10-16-2025

Honorable John Robert Blakey,

Greetings Sir.

I received notice from the clerks office on 10-16-25 informing me that the United States motion to require supplement and for extension of time was granted, and also that I am ordered to file a supplement to my §2255 motion on or before 11-7-25.

Sir we have been on lock down since Friday, October 10, because some inmate was murdered. The memo that was issued to the inmate population stated that we would be on lock down status until further notice. However, my Counselor and the lieutenant on duty said this lock down will last up to 30 days.

Because of this lock down I have no access to the law library computer, no access to the phones, no access to the law library and I don't have a copy of the governments reply or motion for time extension so I don't know in which direction I am to go in filing a supplement to my §2255

motion.

I am asking for a 60 day time extension from the date of 11-7-2025 to ensure that due to the lengthy and frequent lock downs in this institution, I'd still be able to get my motion—supplement to my §2255 motion typed up and delivered to the Clerks office on or before 1-7-2026.

Respectfully,

James Williams
#52171-424
USP Canaan
P.O. Box 300
Waymart, PA,
18472

Case no.: 1:25-CV-0847



**U.S. Department of Justice**
**Memorandum**
Federal Bureau of Prisons

*United States Penitentiary Canaan*

*P.O. Box 400*
*Waymart, PA 18472*

October 10, 2025

## Notice to the Inmate Population

Effective Friday, October 10, 2025, USP Canaan was placed on lockdown, following an inmate death. Due to the nature of this incident, a thorough investigation will be conducted to ensure the safety and security of all staff and inmates within USP Canaan. Furthermore, it is the expectation of the Captain that inmates will live in a safe and secure environment. Violence in this setting leads to negative consequences such as injuries, death, prolonged lockdowns, disruption of operations and programs, and increased tension. Therefore, it is imperative that all inmates adhere to established rules, expectations and respect one another. As a result of this incident, the inmate population will remain secure until further notice. Visitation will be suspended until further notice. Return to normal operations is strictly based on the investigation's results, in conjunction with inmate behavior and will be assessed daily.

## Aviso a la población reclusa

A partir del viernes 10 de octubre de 2025, la USP Canaan fue declarada en confinamiento tras la muerte de un recluso. Debido a la naturaleza de este incidente, se llevará a cabo una investigación exhaustiva para garantizar la seguridad de todo el personal y los reclusos de la USP Canaan. Además, el Capitán espera que los reclusos vivan en un entorno seguro y protegido. La violencia en este entorno conlleva consecuencias negativas como lesiones, muertes, confinamientos prolongados, interrupción de las operaciones y programas, y aumento de la tensión. Por lo tanto, es imperativo que todos los reclusos cumplan las normas y expectativas establecidas, y se respeten mutuamente. Como resultado de este incidente, la población reclusa permanecerá segura hasta nuevo aviso. Las visitas se suspenderán hasta nuevo aviso. El retorno a la normalidad se basa estrictamente en los resultados de la investigación, junto con el comportamiento de los reclusos, y se evaluará diariamente.

## THE DISCLAIMER
This is a translation of an English-language document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language document.

## DESCARGO DE RESPONSABILIDAD
Esta es una traducción de un documento en inglés, proporcionada como cortesía para quienes no dominan el inglés. En caso de discrepancias o malentendidos, el documento oficial será el correspondiente en inglés.

James Williams #52171-424
U.S.P Canaan
P.O. Box 300
Waymart, PA, 18472



11/12/2025-2

RECEIVED

NOV 12 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Legal
Mail

Honorable John Robert Blakey
united states court House
219 South Dearborn st.
Chicago, IL, 60604